UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS JAVIER PEREZ-MONTIJO,

 Plaintiff,

v.

UNKNOWN GRAHAM, et al.,

 Defendants.

_____/

Case No. 1:26-cv-885

HON. JANE M. BECKERING

## **ORDER**

Pending before the Court in this referred case is a March 25, 2026 Report and Recommendation from the Magistrate Judge (ECF No. 8), recommending dismissal of Plaintiff's Complaint (ECF No. 1).  On April 8, 2026, Plaintiff filed an unsigned Amended Complaint (ECF No. 9), and the Magistrate Judge required him to submit a signature page (Order, ECF No. 10). The Signature Page (ECF No. 11) has since been filed.  Federal Rule of Civil Procedure 72 provides that in reviewing a magistrate judge's recommendation, the district judge may "accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."  FED. R. CIV. P. 72(b)(3).  Accordingly:

**IT IS HEREBY ORDERED** that this matter is returned to the Magistrate Judge to consider whether Plaintiff's Amended Complaint affects the Magistrate Judge's prior recommendation.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 8) is DISMISSED as moot.

Dated:  May 4, 2026

 /s/ Jane M. Beckering
 JANE M. BECKERING
 United States District Judge