UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS JAVIER PEREZ-MONTIJO,

    Plaintiff,

                               Case No. 1:26-cv-885

v.

                               HON. JANE M. BECKERING

MONTCALM COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.

_____/

**OPINION AND ORDER**

Plaintiff Luis Javier Perez-Montijo, proceeding *pro se* and *in forma pauperis,* initiated this case in March 2026 with the filing of a Complaint.  On March 25, 2026, the Magistrate Judge issued a Report and Recommendation, recommending that the Complaint be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2) for failure to state any claim upon which relief may be granted.  On April 8, 2026, Plaintiff filed an unsigned Amended Complaint (ECF No. 9), and the Magistrate Judge required him to submit a signature page (Order, ECF No. 10).  Plaintiff filed the Signature Page (ECF No. 11), albeit no objections to the Report and Recommendation, and this Court returned the matter to the Magistrate Judge to consider whether Plaintiff's Amended Complaint affected her prior recommendation (Order, ECF No. 18).

On May 18, 2026, the Magistrate Judge issued a Report and Recommendation (ECF No. 23), recommending that Plaintiff's Amended Complaint be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2) for failure to state any claim upon which relief may be granted. The Magistrate Judge indicated that the Amended Complaint added "nothing of substance that

gives rise to a claim pursuant to 42 U.S.C. § 1983 for deprivation of Plaintiff's constitutional rights" (*id.* at PageID.160).  The matter is presently before the Court on Plaintiff's objections to the Report and Recommendation (ECF No. 24).[1]

This Court's Local Rules require a party objecting to a magistrate judge's report and recommendation to "specifically identify the portions of the proposed findings, recommendations or report to which objections are made and the basis for such objections."  W.D. Mich. LCivR 72.3(b).  28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(3), in turn, require this Court to perform de novo consideration of those portions of the Report and Recommendation to which objections are made.

In his objections, Plaintiff merely restates his legal positions without referencing the Magistrate Judge's analysis, let alone identifying any factual or legal error therein.  *See* ECF No. 24 at PageID.163–170.  Consequently, Plaintiff's objections are properly denied.  Additionally, a Judgment will be entered consistent with this Opinion and Order.  *See* FED. R. CIV. P. 58.  Consistent with the Magistrate Judge's recommendation, this Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Judgment would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610–11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211–12 (2007).  Accordingly:

**IT IS HEREBY ORDERED** that the Objections (ECF No. 24) are DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

---

[1] Without leave granted, *see* FED. R. CIV. P. 15(a)(2), Plaintiff also filed an additional pleading—titled "First Amended Complaint" (ECF No. 25), which is properly stricken.

**IT IS FURTHER ORDERED** that the Amended Complaint (ECF No. 9) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the First Amended Complaint (ECF No. 25) is STRICKEN.

**IT IS FURTHER ORDERED** that Plaintiff's motions for a stay, to correct a clerical error, and to supplement (ECF Nos. 14, 21, & 22) are DISMISSED AS MOOT.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

Dated:  June 11, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge